# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 16, 2010

138323

DIANE GADIGIAN,
            Plaintiff-Appellee,

v

CITY OF TAYLOR,
            Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138323
COA: 279540
Wayne CC: 06-621978-NO

By order of November 19, 2009, the application for leave to appeal the January 27, 2009 judgment of the Court of Appeals was granted. On order of the Court, leave to appeal having been granted and the briefs of the parties having been considered, we VACATE our order of November 19, 2009. Pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we AFFIRM the result reached by the Court of Appeals in light of our decision in *Robinson v City of Lansing*, 486 Mich ___ (Docket No. 138669, decided April 8, 2010), which held that the "two-inch rule" of MCL 691.1402a only applies to "county" highways. The parties to this case do not dispute that the road at issue is not a "county" highway and that the two-inch rule does not apply. We thus VACATE the opinion of the Court of Appeals because its analysis is dictum given our determination in *Robinson* that MCL 691.1402a applies only to "county" highways. We REMAND this case to the Wayne Circuit Court for further proceedings consistent with this order and *Robinson*.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 16, 2010

0413

Clerk